UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY SEVY,

        Plaintiff,                             Case No. 2:17-cv-13789
                                            District Judge Laurie J. Michelson
v.                                                 Magistrate Judge Anthony P. Patti

COURT OFFICERS PHILIP
BARACH and HAROLD
MARSHALL, in their
individual capacities,

        Defendants.
_____/

**ORDER GRANTING IN PART and DENYING IN PART PLAINTIFF'S MOTION TO COMPEL DEFENDANTS' EMPLOYEE FILES (DE 23), OVERRULING IN PART AND SUSTAINING IN PART DEFENDANTS' AND NON-PARTY 44TH DISTRICT COURT'S OBJECTIONS (DE 23-3)**

        Currently before the Court is Plaintiff's August 3, 2018 motion to compel defendants' employee files (DE 23), regarding which Defendants and non-party 44th District Court have filed a combined response (DE 27). Judge Michelson referred this motion to me for hearing and determination, and I noticed a hearing for September 4, 2018, at which time counsel for the parties - attorneys Tyler M. Joseph and Kali M. L. Henderson - appeared in my courtroom.

        Having considered the motion papers and the oral argument of counsel for the parties and for the reasons stated on the record, all of which are incorporated herein by reference, Plaintiff's motion to compel defendants' employee files (DE

1

23) is **GRANTED IN PART** and **DENIED IN PART**, with Defendants' and non-party 44th District Court's objections to the May 31, 2018 subpoena (DE 23-3) being **OVERRULED IN PART and SUSTAINED IN PART**. Specifically, no later than **Tuesday, September 18, 2018**, non-party 44th District Court **SHALL** produce Defendants' employee files, with the exception that the highly personal information discussed in *Kallstrom v. City of Columbus*, 136 F.3d 1055, 1063-1065 (6th Cir. 1998) (*e.g.*, personally identifying information such as home addresses, phone numbers, driver's license information, and family members' names, addresses and phone numbers) may be redacted.

It is **SO ORDERED.**

Dated: September 4, 2018                *Anthony P. Patti*
                                        ANTHONY P. PATTI
                                        UNITED STATES MAGISTRATE JUDGE


### Certificate of Service

I hereby certify that a copy of the foregoing document was sent to parties of record on September 4, 2018, electronically and/or by U.S. Mail.

                                        s/Michael Williams
                                        Case Manager for the
                                        Honorable Anthony P. Patti