# VERDICT

Part I.

1. Did Defendant use excessive force against Plaintiff?

ANSWER:  __✓__ Yes       _____ No

If you answered "Yes", proceed to answer the remaining questions. If you answered "No", your deliberations are completed.

Part II

2. Did Plaintiff suffer damages as a result of Defendant's conduct or actions?

ANSWER:  __✓__ Yes       _____ No

If you answered "Yes", proceed to answer the question 2. If you answered "No", your deliberations are completed.

3. What is the amount of damages Plaintiff suffered as a result of Defendant's conduct or actions?

To the present:         $ 3,000

In the future:          $ 0

Total Amount of Damages:  $ 3,000

Part III

4. Do you award punitive damages against Defendant??

_____ Yes

__✓__ No

1

> If you answered "Yes" to question 1, proceed to answer the question 2. If you answered "No" your deliberations are completed.

5. What is the amount of punitive damages you award to Plaintiff against Defendant?

$ 0

s/Foreperson
In Compliance with the Privacy Policy
adopted by the Judicial Conference, the verdict
form with the original signature has been filed
under seal

7/6/22
Date

2