UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY SEVY,

Plaintiff,

v.

PHILIP BARACH,

Defendant.

Case No. 17-13789
Honorable Laurie J. Michelson

**JUDGMENT**

In accordance with the opinion and order entered by this Court on August 8, 2019 (ECF No. 55) and the Sixth Circuit opinion entered on July 1, 2020 (ECF No. 65), every claim against Defendant Harold Marshall and every claim but one against Defendant Philip Barach were dismissed before trial.

This action then came before the Court for a trial by jury on the remaining claim, and the jury rendered its verdict. (ECF No. 110.) IT IS ORDERED that Sevy recover from Barach the amount of $3,000 on Sevy's Fourth Amendment excessive-force claim.

IT IS FURTHER ORDERED, pursuant to an order and opinion entered today, that Sevy recover from Barach $9,641.50 in pre-offer-of-judgment attorney's fees and such *pre-offer* costs as may ultimately be awarded. And

Barach may recover from Sevy such *post-offer* costs as may ultimately be awarded.

Dated this 14th day of September 2022 in Detroit, Michigan.

KINIKIA ESSIX
CLERK OF THE COURT

By: s/Erica Parkin
DEPUTY COURT CLERK

APPROVED:

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated: September 14, 2022